# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00462-CV

**Frank Ojeda, Jr., Appellant**

**v.**

**CitiMortgage, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW AT NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-13-002343, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Frank Ojeda, Jr. filed his notice of appeal on July 5, 2013. He requested and received two extensions of time to file his brief. On November 19, 2013, the clerk of this Court notified Ojeda that his brief was overdue and that his appeal was subject to dismissal for want of prosecution unless he filed his brief by December 20, 2013. Ojeda has not filed his brief.

Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed for Want of Prosecution

Filed: January 15, 2014